FILED

2006 SEP -7 PM 2:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-CR-0924-BEN |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| CESAR UNZUETA, | ) | |
| Defendant(s). | ) | |

**FOR GOOD CAUSE SHOWING**, it is hereby ordered that payment of expenses for a psychological evaluation of defendant is authorized. The authorized expenses shall not exceed $1,000.00 for the examination plus expenses. Payment is to be made to Francisco C. Gomez, Jr., Ph.D., 2830 Fourth Ave., San Diego, CA, 92103, (619) 518-4045.

**IT IS SO ORDERED**

DATED: 9/07/06

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE